# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

140082 & (23)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

THOMAS JAMES WALLACE,
          Defendant-Appellant.

SC: 140082
COA: 292500
Calhoun CC: 2004-000357-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 8, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

s0125